E.E.H.

v.

C.D.H.,

**Appeal of: E.E.H.**

**426 MDA 2017**

Superior Court of Pennsylvania.

08/11/2017

CI–13–01719
(Lancaster)

Affirmed

COM.

v.

**BUTLER, H.**

**367 WDA 2016**

Superior Court of Pennsylvania.

08/11/2017

CP–11–CR–0002382–2014
(Cambria)

Affirmed

COM.

v.

**LEMO, E.**

**1437 WDA 2015**

Superior Court of Pennsylvania.

08/11/2017

CP–02–CR–0013042–2006
(Allegheny)

Vacated/Remanded

COM.

v.

**STEELE, R.**

**569 WDA 2016**

Superior Court of Pennsylvania.

08/11/2017

CP–24–CR–0000132–2015
(Elk)

Affirmed—Application to Withdraw as Counsel Granted